

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Bobby Glenn Canida, Appellant

No. 06-11-00227-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 24466). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause to modify the judgment to reflect a conviction for manufacture of methamphetamine in an amount less than one gram and to conduct a new punishment hearing.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED SEPTEMBER 26, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk